NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**PALLADIAN PARTNERS, INC.,**
*Plaintiff-Appellee,*

**v.**

**UNITED STATES,**
*Defendant-Appellant.*

———————————

2014-5125

———————————

Appeal from the United States Court of Federal Claims in No. 14-cv-00317C, Judge Marian Blank Horn.

———————————

**ON MOTION**

———————————

Before PROST, *Chief Judge.*

**O R D E R**

The United States moves without opposition to expedite oral argument.

We note that the United States did not expedite the filing of its notice of appeal and only expedited the filing of its opening brief.

Upon consideration thereof,

2                                   PALLADIAN PARTNERS, INC. v. US

IT IS ORDERED THAT:

The motion is denied.  The case will be placed on the next available argument calendar after briefing is completed.


FOR THE COURT

<u>/s/ Daniel E. O'Toole</u>
Daniel E. O'Toole
Clerk of Court


s26